United States Bankruptcy Court
For The Western District Of Texas
San Antonio Division

In Re: § 
§
Wibracht, Michael Christopher § Case No. 21-50477-cag
§
Debtor § Chapter 7

**Application For Deposit Of Small/Unclaimed Dividends**

The undersigned Trustee Reports:

_____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is in an amount less than the amount specified in Bankruptcy Rule 3010.

_xxx_ The amount payable to the creditor(s) listed on Exhibit "A" remains unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned Trustee remits herewith his check in the amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: February 8, 2024

_____
John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com

1

**EXHIBIT "A"**
**SMALL/UNCLAIMED DIVIDENDS**

| NAME AND ADDRESS | Claim No. | AMOUNT |
|---|---|---|
| Travelers Casualty and Surety Company of America<br>c/o Stephen L. Baker<br>KREBS FARLEY<br>17304 Preston Rd., Ste. 800<br>Dallas, TX 75252 | 21 | $132,489.39 |
| **TOTAL** | | **$132,489.39** |



2