

**The relief described hereinbelow is SO ORDERED.**

**Signed September 24, 2024.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### San Antonio Division

IN RE: **Michael Christopher Wibracht** ,
Debtor(s)

Case No.: 21–50477–cag

## ORDER DENYING PAYMENT
## OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

NAME:  Michael Christopher Wibracht
ADDRESS:  3726 Las Casitas
San Antonio, TX 78261

Claimant, for payment of a dividend from unclaimed funds in the amount of $132,489.39.

The court orders the application be DENIED for the following reason(s):

☑ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.

Date funds were paid:
Per court order signed:
Schedule Number:
Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☐ 4. Other:

### ###